**Willie COOLEY, Petitioner–Appellant,**

v.

**C. WOFFORD, Respondent–Appellee.**

**No. 12–17071.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2014.*

Filed March 14, 2014.

Willie Cooley, pro se.

Andrew R. Woodrow, Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

Before: PREGERSON, LEAVY, and MURGUIA, Circuit Judges.

MEMORANDUM **

California state prisoner Willie Cooley appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we vacate and remand.

In his order dismissing with prejudice Cooley's habeas petition, the magistrate judge incorrectly stated that Cooley had consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c). Because the record reflects that Cooley expressly declined to give such consent, the magistrate judge lacked authority to issue a final order dismissing with preju-

dice Cooley's habeas petition. *See* 28 U.S.C. § 636; Fed.R.Civ.P. 72. Accordingly, we vacate the judgment and remand for further proceedings.

In light of this disposition, we do not reach Cooley's contentions regarding the merits of his habeas petition.

**VACATED and REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.